CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO.: BK-S 08-19962 LBR |
| WONG, LOURDES | IN CHAPTER 13 PROCEEDINGS |
| Debtor(s), | **ANSWER TO MOTION FOR RELIEF FROM STAY** |
| | Hearing Date: April 27, 2009 |
| | Hearing Time: 9:30 A.M. |

COMES NOW, Lourdes Wong, (hereinafter the "Debtor"), by the law firm of PIET & WRIGHT, L.L.C., and attorney Charles T. Wright, Esq., answers the Motion for Relief from Stay of HSBC BANK, USA. NATIONAL ASSOCIATION AS Trustee fro the benefit of PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, Series 2006-1, as follows:

**FIRST DEFENSE**

1. Paragraphs 1 through 3 are admitted. It is also admitted that the liens averred are presently recorded.

4. Paragraph 4 requires no answer.

5. Paragraph 5 is denied.

1

6. Paragraph 6 requires no answer.

7. Paragraphs 7 and 8 are denied.

9. Paragraph 9 requires no answer.

10. Paragraph 10 requires no answer.

11. Paragraphs 11 and 12 are admitted.

WHEREFORE, Debtor prays that the Movant's Motion for Relief from Automatic Stay be dismissed at Movant's cost.

### SECOND DEFENSE

Movant is not entitled to the relief it seeks because its lien is subject to avoidance under 11 U.S.C. §506.

### THIRD DEFENSE

If it is determined that Movant is entitled for relief from the Stay, the Stay should not be terminated. The Court should grant less drastic relief by conditioning or modifying the stay.

### FOURTH DEFENSE

Movant's Motion is barred by laches.

### AFFIRMATIVE DEFENSE

Debtor affirmatively states that Movant has brought this action frivolously and Debtor has incurred additional attorney's fees of approximately $1,200.00 in connection with Movant's Motion.

WHEREFORE, Debtor prays that the Movant is required to pay attorney fees in connection with this Motion.

DATED this 20th day of April, 2009.

                                    Respectfully submitted,

                                    PIET & WRIGHT

                                    By: /s/ Charles T. Wright
                                        CHARLES T. WRIGHT, ESQ.
                                        Nevada Bar No. 10285
                                        509 South 7th Street
                                        Las Vegas, Nevada 89101
                                        *Attorney for Debtor*

PIET & WRIGHT
ATTORNEYS AT LAW
509 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 566-1212
Facsimile: (702) 566-4833